IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE MASON,<br><br>             Plaintiff,<br><br>v.<br><br>PHILADELPHIA PARKING AUTHORITY,<br><br>             Defendant. | CIVIL ACTION<br>NO. 18-1786 |

## ORDER

**AND NOW**, this 15th day of January, 2019, upon consideration of Plaintiff's Motion For Dismissal of Federal Claim (Doc. No. 11), Defendant's Response to the Motion for Dismissal (Doc. No. 13), Defendant's Response in Further Support of its Opposition (Doc. No. 14), Plaintiff's Motion to Remand to State Court (Doc. No. 5), Defendant's Opposition to the Motion to Remand (Doc. No. 6), Plaintiff's Reply (Doc. No. 12), and the arguments of counsel at the hearing held on June 6, 2018, it is **ORDERED** that:

1. Plaintiff's Motion for Dismissal of Federal Claim (Doc. No. 11) is **GRANTED**.

2. Plaintiff's Motion to Remand (Doc. No. 5) is **GRANTED**

3. Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 4) is **MOOT**.

4. The Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas of Philadelphia County.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.